

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2015

No. 04-15-00503-CV

Miguel **ARAUJO**,
Appellant

v.

Yolanda **ARAUJO**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14886
Honorable Martha B. Tanner, Judge Presiding

### O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on January 14, 2016. No further extensions will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court